36

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANNE E. HARHAY | :    NO.: 3:00CV365 (AWT) |
| v. | : |
| TOWN OF ELLINGTON BOARD OF EDUCATION, RICHARD E. PACKMAN, MAURICE W. BLANCHETTE, WILLIAM R. HARFORD, GARY J. BLANCHETTE, CYNTHIA A. HEIDARI, DONALD WEEKES, KENNETH J. BRENNAN, SUSAN J. LUGINBUHL, JOHN O'SHAUGNESSY, WENDY J. CIPARELLI and RICHARD CURREY | : : : : : : : : |
| | :    JULY 22, 2003 |

## WITHDRAWAL

The defendants, TOWN OF ELLINGTON BOARD OF EDUCATION, RICHARD E. PACKMAN, MAURICE W. BLANCHETTE, WILLIAM R. HARFORD, GARY J. BLANCHETTE, CYNTHIA A. HEIDARI, DONALD WEEKES, KENNETH J. BRENNAN, SUSAN J. LUGINBUHL, JOHN O'SHAUGNESSY, WENDY J. CIPARELLI and RICHARD CURREY, hereby withdraw their motion for summary judgment filed on June 9, 2003, without prejudice to refile.

APPROVED, except that the motion for summary judgment to be withdrawn was the motion filed on June 11, 2003 and dated May 30, 2003 (Doc. #24), not the motion filed on June 2, 2003 and dated June 9, 2003 (Doc. #25). It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   1/9/04