FILED

2003 JUN 11 A 9 53

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANNE E. HARHAY | : NO.: 3:00CV365 (AWT) |
| v. | : |
| TOWN OF ELLINGTON BOARD OF EDUCATION, RICHARD E. PACKMAN, MAURICE W. BLANCHETTE, WILLIAM R. HARFORD, GARY J. BLANCHETTE, CYNTHIA A. HEIDARI, DONALD WEEKES, KENNETH J. BRENNAN, SUSAN J. LUGINBUHL, JOHN O'SHAUGNESSY, WENDY J. CIPARELLI and RICHARD CURREY | : : : : : : : : : : JUNE 9, 2003 |

## DEFENDANTS' MOTION FOR ATTORNEY'S FEES

Pursuant to 42 U.S.C. § 1988, the defendants, **RICHARD E. PACKMAN, MAURICE W. BLANCHETTE, WILLIAM R. HARFORD, GARY J. BLANCHETTE, CYNTHIA A. HEIDARI, DONALD WEEKES, KENNETH J. BRENNAN, SUSAN J. LUGINBUHL, JOHN O'SHAUGNESSY, WENDY J. CIPARELLI and RICHARD CURREY**, in their individual capacities, hereby move for an award of attorney's fees based on their status as "prevailing parties." This motion is aimed exclusively at the individual capacity claims raised against these defendants.

ORAL ARGUMENT IS NOT REQUESTED