UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANNE E. HARHAY | : |
| v. | : CASE NO. 3:00CV365 (AWT) |
| ELLINGTON BOARD OF EDUCATION, RICHARD E. PACKMAN, MAURICE W. BLANCHETTE, WILLIAM R. HARFORD, GARY J. BLANCHETTE, CYNTHIA A. HEIDARI, DONALD WEEKES, KENNETH J. BRENNAN, SUSAN J. LUGINBUHL, JOHN O'SHAUGNESSY, WENDY J. CIPARELLI, and RICHARD CURREY | : : : : : : |

## PARTIAL JUDGMENT

This action came on for consideration of the defendants' motions for summary judgment, and motion for judgment as a matter of law, before the Honorable Alvin W. Thompson, United States District Judge.

The court considered the motions and the full record of the case including applicable principles of law. On August 28, 2001, the court issued a ruling on defendants' motion for summary judgment, granting the motion as to count two, and denying it as to counts one and three. On September 21, 2001, the defendants appealed the district court's ruling on count three to the Second Circuit. On April 21, 2003, the Second Circuit issued a mandate affirming in part (the district court's decision denying legislative immunity), reversing in part (the district court's decision denying qualified immunity), and remanding in part to

the district court to enter judgment for Richard E. Packman and the Board members on plaintiff's due process claim.

The defendants renewed their motion for summary judgment. On March 31, 2006, the court issued an order directing entry of partial judgment in accordance with the mandate of the Second Circuit.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants Ellington Board of Education, Richard E. Packman, Maurice W. Blanchette, William R. Harford, Gary J. Blanchette, Cynthia A. Heidari, Donald Weekes, Kenneth J. Brennan, Susan J. Luginbuhl, John O'Shaunessy, Wendy J. Ciparelli, and Richard Currey with respect to counts two and three.

Dated at Hartford, Connecticut, this 31st day of March, 2006.

                                    KEVIN F. ROWE, Clerk

                                    By      /s/
                                         Sandra Smith
                                         Deputy Clerk