UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
ANNE E. HARHAY                        :

     v.                               :    CASE NO. 3:00CV365 (AWT)

ELLINGTON BOARD OF EDUCATION,         :
RICHARD E. PACKMAN, MAURICE W.
BLANCHETTE, WILLIAM R. HARFORD,       :
GARY J. BLANCHETTE, CYNTHIA A.
HEIDARI, DONALD WEEKES,               :
KENNETH J. BRENNAN, SUSAN J.
LUGINBUHL, JOHN O'SHAUGNESSY,         :
WENDY J. CIPARELLI, and
RICHARD CURREY                        :
```

FINAL JUDGMENT

This action came on for consideration of the defendants' motions for summary judgment, and motion for judgment as a matter of law, before the Honorable Alvin W. Thompson, United States District Judge.

The court considered the motions and the full record of the case including applicable principles of law. On August 28, 2001, the court granted partial judgment in favor of the defendants on count two of the complaint. On March 31, 2006, partial judgment was entered in favor of the defendants with respect to the federal claims in count three of the complaint. Also on March 31, 2006, the court declined to exercise jurisdiction over the remaining state law claim, and dismissed without prejudice count one of the complaint.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants Ellington Board of Education, Richard E. Packman, Maurice W. Blanchette, William R. Harford, Gary J. Blanchette, Cynthia A. Heidari, Donald Weekes, Kenneth J. Brennan, Susan J. Luginbuhl, John O'Shaunessy, Wendy J. Ciparelli, and Richard Currey with respect to counts two and three of the complaint, and count one is dismissed without prejudice.

Dated at Hartford, Connecticut, this 3rd day of April, 2006.

KEVIN F. ROWE, Clerk

By     /s/
    Sandra Smith
    Deputy Clerk